USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.* :
GIUSEPPE LUONGO, *et al.*, :
                                        :

                  Plaintiffs, :             1:20-cv-8981-GHW
                                          :
           -against-          :               ORDER
                                          :
STONE BANK, *et al.*, :
                                          :
                Defendants. :
                                          :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated March 31, 2026, Dkt. No. 16, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 25, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 31, 2026 order forthwith and in any event no later than May 28, 2026.

      SO ORDERED.

Dated:  May 27, 2026
New York, New York

                                   GREGORY H. WOODS
                            United States District Judge