USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

UNITED STATES OF AMERICA *ex rel.*
GIUSEPPE LUONGO, *et al.*,

Plaintiffs,

-against-

STONE BANK, *et al.*,

Defendants.

------------------------------------------------------------------ X

1:20-cv-8981-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiffs seek to voluntarily dismiss this case with prejudice under Rule 41(a)(1)(A). Dkt. No. 19. However, the False Claims Act provides that a *qui tam* action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C § 3730(b)(1); *see also Minotti v. Lensink*, 895 F.2d 100, 103 (2d Cir. 1990) (holding that the consent provision applies "in cases where a plaintiff seeks voluntary dismissal of a claim or action brought under the False Claims Act"). Consistent with that requirement, the Government's notice of declination requested that if "the relators seek to dismiss, settle, or otherwise discontinue this action," the Court "require the relators to solicit the written consent of the Government before applying for Court approval." Dkt. No. 15. Plaintiffs therefore must obtain the Government's written consent before seeking voluntary dismissal of this action. Plaintiffs are directed to file either a properly approved stipulation of dismissal or a status letter by no later than June 5, 2026.

In light of Plaintiffs' stated intention to dismiss this case, the initial pretrial conference

scheduled for June 1, 2026 is adjourned *sine die*.

      SO ORDERED.

Dated: June 1, 2026
      New York, New York

                                      GREGORY H. WOODS
                               United States District Judge