UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2026

UNITED STATES OF AMERICA *ex rel.*
GIUSEPPE LUONGO, *et al.*,

                    Plaintiffs,

         -against-

STONE BANK, *et al.*,

              Defendants.

------------------------------------------------------------------- X

1:20-cv-8981-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The revised notice of voluntary dismissal filed by Plaintiffs on June 2, 2026 states that "the United States has indicated that it will submit a separate letter providing written consent to the above dismissal." Dkt. No. 21.  The Court expects that the Government submit its letter by no later than June 9, 2026 and that the letter address Plaintiffs' request that the case be dismissed with prejudice.

        SO ORDERED.

Dated:  June 3, 2026
      New York, New York

                                   _____
                                    GREGORY H. WOODS
                              United States District Judge